Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Fay Servicing LLC as servicer for
Wilmington Trust, National Association, not in its individual capacity,
but Solely as trustee for MFRA Trust 2015-1
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

IN RE:

Ronald Jones
Katheleen Jones

Debtor

-----------------------------------------------------------X

CASE NO.: 19-14955

CHAPTER: 13

HON. JUDGE.:
ROSEMARY GAMBARDELLA

HEARING DATE:
**JUNE 5, 2019 AT 8:30 AM**

## NOTICE OF OBJECTION TO CONFIRMATION OF PLAN

**PLEASE TAKE NOTICE** that Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity but Solely as trustee for MFRA Trust 2015-1 ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s) located at 10 Wood Street, Wayne, NJ 07470 (the "Property"), by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $11,392.53 and a total claim in the amount of approximately $537,944.21 which will be set forth in a Proof of Claim to be filed prior to bar date.

2. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the debtor(s).

3. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

4. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

5. Debtor(s) proposed plan is not feasible.

6. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004
Attorneys for Secured Creditor,
Fay Servicing LLC as servicer for
Wilmington Trust, National
Association, not in its individual
capacity but Solely as trustee for
MFRA Trust 2015-1

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.

Date: May 7, 2019

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity but Solely as trustee for MFRA Trust 2015-1 | Case No.:<br><br>Chapter: | 19-14955<br><br>13 |
| In Re:<br><br>Ronald Jones<br>Kathleen Jones | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: | <br><br>June 5, 2019 at 8:30 AM<br><br>Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, __Theodore Weber__ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __Fay Servicing LLC__ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On __May 7, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Objection to Confirmation of Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __May 7, 2019__     /s/ Theodore Weber
                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ronald Jones<br>10 Wood Street<br>Wayne, NJ 07470<br><br>Kathleen Jones<br>10 Wood Street<br>Wayne, NJ 07470 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court *) |
| David E. Sklar<br>Scura Wigfield Heyer & Stevens LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court *) |