UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
Tel.: 973-696-8391
Counsel to Debtors

Order Filed on May 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kathleen and Ronald Jones,

                Debtors.

Case No.: 19-14955

Chapter: RG

Judge: 13

**ORDER AUTHORIZING RETENTION OF**

Coldwell Banker Susani Realty

The relief set forth on the following page is **ORDERED**.

**DATED: May 31, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____John G. Susani_____
as _____Debtor's Real Estate Agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 52-54 Holsman St

   Paterson, NJ 07522

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2