| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br><br>IN RE:<br><br>RONALD JONES<br>KATHLEEN JONES | Order Filed on June 10, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.: 19-14955RG<br><br>Hearing Date:  6/5/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 10, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 19-14955RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 06/05/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must become current with Trustee payments by 6/12/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that in the event the e-payment to the Trustee is reversed, the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/19/2019 at 8:30 a.m.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-14955-RG
Ronald Jones                                                        Chapter 13
Kathleen Jones
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1         Date Rcvd: Jun 10, 2019
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.
db/jdb         +Ronald Jones,    Kathleen Jones,    10 Wood Street,    Wayne, NJ 07470-7348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
    David E. Sklar    on behalf of Joint Debtor Kathleen    Jones dsklar@scuramealey.com,
     ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
    David E. Sklar    on behalf of Debtor Ronald    Jones dsklar@scuramealey.com,
     ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
    Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a
   Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust
   2018-1 rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6