# United States Bankruptcy Court
**District of New Jersey**

In re: **Ronald Jones / Kathleen Jones**, Debtor(s)

Case No. **19-14955**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **July 11, 2019**

**/s/ Ronald Jones**
**Ronald Jones**
Signature of Debtor

Date: **July 11, 2019**

**/s/ Kathleen Jones**
**Kathleen Jones**
Signature of Debtor

```
Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345


Anila Gjini and Vladimir Gjini, C/o
322 Route 46 West Suite 120
Parsippany, NJ 07054


Ann Morrow
75 Maiden Lane, Suite 205
New York, NY 10038


Apex Healthcare
400 Rella Blvd.
Suffern, NY 10901


Atlantic Health System
Patient Financial Services
100 Madison Avenue
Interoffice Box 905
Morristown, NJ 07960


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Celentano, Stadtmauer & Walentowicz
1035 Route 46 East
PO Box 2595
Clifton, NJ 07015


Certified Credit & Collection Bureau
PO Box 336
Raritan, NJ 08869


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


David B. Watner, Esq.
1129 Bloomfield Ave.
Ste. 208
Caldwell, NJ 07007
```

```
Fay Servicing
440 LaSalle Street
#2000
Chicago, IL 60605


General Revenue Corporation
Attn: Bankruptcy Dept.
4660 Duke Dr., Ste 300
Mason, OH 45040


Hackensack Univeristy Medical Center
PO Box 48027
Newark, NJ 07101


Hackensack University Medical Center
30 Prospect Avenue
Hackensack, NJ 07601


Jason Stiff
54 Holsman st
Paterson, NJ 07501


John P. DeMaio
75 Maiden Lane, Suite 205
New York, NY 10038


LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603


Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908


Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804
```

North American Partners in Anesthesia NJ
PO Box 49
Glen Head, NY 11545


Planet Home Lending
Attn: Bankruptcy
321 Research Pkwy Ste 303
Meriden, CT 06450


Scipione, Berg & associates, LLC
130 Clinton Road, Suite 201
Fairfield, NJ 07004


Steven D. Potter, M.D.
287 Boulevard Suite #1
Pompton Plains, NJ 07444


Steven Potter
278 Boulevard, Ste 1
Pompton Plains, NJ 07444


Summit Collection Serv
50 N Franklin Tpke Ste 5
Ho Ho Kus, NJ 07423


SurgiCare of Ridgewood
1124 E. Ridgewood Ave
Ridgewood, NJ 07450


Valley Physician Services
PO Box 11653
Belfast, ME 04915