<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Telephone number: (973) 422-1100
Fax number: (973) 422-9122
Attorneys for Creditor, Bascom Corporation
ALLEN J. UNDERWOOD, II, ESQ.
E-mail address:  ajunderwood@becker.legal

In re:


RONALD JONES AND KATHLEEN JONES,

Debtors.

</td><td>

Case No. 19-14955 (RG)

Chapter 13

Judge:  Honorable Rosemary Gambardella

</td></tr>
</table>

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICE AND SERVICE OF PAPERS

TO:                             CLERK, UNITED STATES BANKRUPTCY COURT
                                Martin Luther King, Jr. Federal Building
                                50 Walnut Street
                                Newark, NJ 07102

Name of Party in Interest:      **CREDITOR BASCOM CORPORATION**


Address For Notices:            **ALLEN J. UNDERWOOD, II, ESQ.**
                                **ajunderwood@becker.legal**
                                **Becker LLC**
                                **354 Eisenhower Parkway**
                                **Plaza II, Suite 1500**
                                **Livingston, NJ  07039**

**PLEASE TAKE NOTICE** that pursuant to *Bankruptcy Rules* 2002 and 9010, Becker

LLC hereby appears in the above-captioned case and requests that copies of all notices given or

required to be given and all papers served or required to be served (except process) in this case be given and served as indicated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in *Bankruptcy Rules* 2002 and 9010, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* is a limited appearance for purposes of notice and service only.  Accordingly, this *Notice of Appearance* is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

**BECKER LLC**
**Attorneys for Creditor Bascom Corporation**

By: /s/   Allen J. Underwood II
      Allen J. Underwood II

Dated:  August 15, 2019