| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>ALLEN J. UNDERWOOD II, ESQ.<br>E-mail address: ajunderwood@becker.legal<br>*Attorneys for Tax Lien Creditor Bascom Corporation* | |
| In re:<br><br>RONALD JONES AND KATHLEEN JONES,<br><br>                  Debtors. | Case No. 19-14944 (RG)<br><br>Chapter 13<br><br>Judge:  Hon. Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose

   ☐ represent the _____ in the above-captioned matter.

   ☒ am a secretary/paralegal employed by Becker LLC, attorneys for Tax Lien Creditor Bascom Corporation regarding the above referenced matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 15, 2019, this office electronically filed with the Clerk of the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, the following document*:*

   (a) *Tax Lien Creditor Bascom Corporation's Objection to the Confirmation of Debtor's Chapter 13 Plan.*

3. On August 15, 2019 I caused a copy of the pleading and/or document referred to above to be served on the parties listed in the chart below:

4. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: August 15, 2019                     /s/ Mary Ann Ambrose
                                            Mary Ann Ambrose

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | Noticing Purposes | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>   (as authorized by the court*) |
| David E. Sklar, Esq<br>Scura Wigfield Heyer & Stevens LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Attorney for Debtors | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>   (as authorized by the court*) |
| Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Standing Chapter 13 Trustee | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>   (as authorized by the court*) |
| Ronald Jones<br>10 Wood Street<br>Wayne, NJ 07470 | Debtor | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other<br>   (as authorized by the court*) |
| Kathleen Jones<br>10 Wood Street<br>Wayne, NJ 07470 | Debtor | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other<br>   (as authorized by the court*) |
| Rebecca Ann Solarz, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>(Notice of Appearance) | Attorneys for Creditor, Wilmington Savings Fund Society, FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 18-00001 | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other New Jersey Lawyers Service<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| Jonathan C. Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street<br>Ste 501<br>New York, NY 10004<br>(Notice of Appearance) | Attorney for Creditor Fay Servicing LLC | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |
| Valerie Smith, Senior Manager<br>c/oPRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541<br>(Notice of Appearance) | Authorized agent for Synchrony Bank (JCP credit card [last four digit of account 5789] | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |
| | | |
| Honorable Rosemary Gambardella<br>United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | Courtesy Copy | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time