| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br><br>**Order Filed on August 27, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>  RONALD JONES<br>  KATHLEEN JONES | Case No.:  19-14955RG<br><br>Hearing Date:  8/21/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: August 27, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  RONALD JONES
　　　　　　KATHLEEN JONES

Case No.: 19-14955RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 08/21/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by 9/4/2019, the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if the Debtor provides the above requested information, the Confirmation Hearing will be adjourned to 9/18/2019 at 8:30 a.m.