Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−14955−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald Jones                                      Kathleen Jones
10 Wood Street                                    10 Wood Street
Wayne, NJ 07470                                   Wayne, NJ 07470

Social Security No.:
    xxx−xx−9161                                   xxx−xx−4482

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/16/19 at 10:00 AM

to consider and act upon the following:

*56* – Objection to Notice of Proposed Private Sale (related document:55 Notice of Proposed Private Sale re: 52−54 Holsman St Hearing scheduled for 10/16/2019. Filed by David E. Sklar on behalf of Kathleen Jones, Ronald Jones. Objections due by 10/9/2019. filed by Debtor Ronald Jones, Joint Debtor Kathleen Jones) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/17/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court