UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                 Case No.:    19-14955-RG

Ronald Jones and Kathleen Jones,        Chapter:    13

                          Debtors.                        Judge:    RG

**NOTICE OF PROPOSED PRIVATE SALE**

Ronald & Kathleen Jones, Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: US Bankruptcy Court - District of New Jersey
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on October 16, 2019 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 3E, 50 Walnut Street, Newark, NJ 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 52-54 Holsman St. Paterson, NJ 07522

Proposed Purchaser: Daniel Hidalgo

Sale price: $125,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: John G. Susani

Amount to be paid: 5% Realtor

Services rendered: The professional has marketed the property, qualified potential buyers, assisted with the sale negotiations, coordinated the closing of title and provided other similar services if requested by the Debtors.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:  David E. Sklar, Esq.- Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

Address:  1599 Hamburg Turnpike, Wayne, NJ 07407

Telephone No.:  (973) 696-8391

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-14955-RG
Ronald Jones                                                          Chapter 13
Kathleen Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Sep 16, 2019
                              Form ID: pdf905          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
```
db/jdb         +Ronald Jones,    Kathleen Jones,    10 Wood Street,    Wayne, NJ 07470-7348
cr             +Fay Servicing LLC,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
r               John G Susani,    52-54 Holsman Street,    Paterson, NJ  07522
518077086      +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
518077087      +Anila Gjini and Vladimir Gjini, C/o,    322 Route 46 West Suite 120,    Parsippany, NJ 07054-2340
518077088      +Ann Morrow,    75 Maiden Lane, Suite 205,    New York, NY 10038-4810
518346661      +Apex Healthcare,    400 Rella Blvd.,    Suffern, NY 10901-4239
518203584      +Atlantic Health System,    Patient Financial Services,    100 Madison Avenue,
                 Interoffice Box 905,    Morristown, NJ 07960-6136
518077091      +Celentano, Stadtmauer & Walentowicz,     1035 Route 46 East,    PO Box 2595,
                 Clifton, NJ 07015-2595
518259130      +Chilton Medical Center,    Attn: CCCB,    PO Box 1750,    Whitehouse Sta, NJ 08889-1750
518236262       Emergency Physicians Associate North Jersey,     PO Box 1123,    Minneapolis MN 55440-1123
518203581      +Fay Servicing,    440 LaSalle Street,    #2000,    Chicago, IL 60605-5011
518317578       Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
518077094      +General Revenue Corporation,    Attn: Bankruptcy Dept.,    4660 Duke Dr., Ste 300,
                 Mason, OH 45040-8466
518077095      +Hackensack Univeristy Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
518077096      +Hackensack University Medical Center,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
518203602      +Jason Stiff,    54 Holsman St.,    Paterson, NJ 07522-1742
518077097      +John P. DeMaio,    75 Maiden Lane, Suite 205,    New York, NY 10038-4810
518077098      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518077101      +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
518259264      +Montclair Radiology,    CCCB,    PO Box 1750,    Whitehouse Sta., NJ 08889-1750
518203594      +North American Partners in,    Anesthesia NJ,    PO Box 49,    Glen Head, NY 11545-0049
518259129      +Plains Cardio Pulmonary Assoc.,    CCCB,    PO Box 1750,    Whitehouse Sta, NJ 08889-1750
518077103      +Planet Home Lending,    Attn: Bankruptcy,    321 Research Pkwy Ste 303,    Meriden, CT 06450-8342
518077104      +Scipione, Berg & associates, LLC,    130 Clinton Road, Suite 201,    Fairfield, NJ 07004-2927
518259345      +St. Mary's Hospital,    CCCB,    PO Box 1750,    Whitehouse Sta, NJ 08889-1750
518077105      +Steven D. Potter, M.D.,    287 Boulevard Suite #1,    Pompton Plains, NJ 07444-1726
518346662       Steven Potter,    278 Boulevard, Ste 1,    Pompton Plains, NJ 07444
518077106      +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
518203597      +SurgiCare of Ridgewood,    1124 E. Ridgewood Ave.,    Ridgewood, NJ 07450-3942
518203599      +Valley Physician Services,    PO Box 11653,    Belfast, ME 04915-4007
518259263      +Wilmington Savings Fund Society, FSB, et al,     c/o Planet Home Lending, LLC,
                 321 Research Pkwy #303,    Meriden, CT 06450-8342
518255786      +Wilmington Trust, National Association,    Trustee of MFRA Trust 2015-1,
                 c/o Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 00:19:12
                 Synchrony Bankc/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518077089      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 17 2019 00:16:16
                 Bayview Financial Loan,    Attn: Bankruptcy Dept.,    4425 Ponce De Leon - Blvd. 5th,
                 Miami, FL 33146-1873
518077090      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 00:18:32      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518137012      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 00:18:47
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518077092      +E-mail/Text: bankruptcy@certifiedcollection.com Sep 17 2019 00:15:48
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
518077093      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2019 00:18:16      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518191135      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 00:16:08
                 First Financial Investment Fund Holdings, Llc,     Jefferson Capital Systems LLC Assignee,
                 Po Box 7999,    Saint Cloud Mn 56302-7999
518120305       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 00:18:44      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518077100      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 00:18:11
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518077099      +E-mail/Text: bk@lendingclub.com Sep 17 2019 00:16:17      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518163476       E-mail/Text: bkr@cardworks.com Sep 17 2019 00:11:43      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518077102      +E-mail/Text: bkr@cardworks.com Sep 17 2019 00:11:43      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
```

```
District/off: 0312-2          User: admin               Page 2 of 2                Date Rcvd: Sep 16, 2019
                              Form ID: pdf905           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518101344      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:17:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bascom Corporation,   c/o Allen J. Underwood II, Esq.,   Becker LLC,   354 Eisenhower Parkway,
                 Suite 1500,   Livingston
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:
```
              Allen J. Underwood, II    on behalf of Creditor    Bascom Corporation ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              David E. Sklar    on behalf of Joint Debtor Kathleen   Jones dsklar@scurameley.com,
               ecfbkfilings@scurameley.com;mmack@scura.com;lrichard@scura.com;jesposito@scurameley.com
              David E. Sklar    on behalf of Debtor Ronald   Jones dsklar@scurameley.com,
               ecfbkfilings@scurameley.com;mmack@scura.com;lrichard@scura.com;jesposito@scurameley.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a
               Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust
               2018-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```