| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Fay Servicing, LLC as Servicer for Wilmington Trust National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2015-1 | Order Filed on October 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-14955<br><br>Chapter: 13<br><br>Hearing Date:<br>September 18, 2019 at 10:00 AM<br><br>Hon. Judge:<br>Rosemary Gambardella |
| In Re:<br><br>Ronald Jones<br>Kathleen Jones<br><br>Debtor(s) | |

### CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 4, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Fay Servicing, LLC |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | David E. Sklar, Esq. |
| Property Involved("Collateral"): | 10 Wood Street, Wayne, NJ 07470 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for **4** months, from **June 1, 2019** to **September 1, 2019**.
    - The Debtor is overdue for **4** payments at **$4,356.45** per month.
    - Less Funds held in debtor(s) suspense **($0.00)**

    Total Arrearages Due: **$17,425.80**

2. Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment shall be made in the amount of **$8,712.90**. Payment shall be made on or before **September 20, 2019**.
    - Remaining arrears in the amount of **$8,712.90** shall be made on or before **October 31, 2019.**
    - Beginning on **October 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$4,356.45**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address(es):

    - ✓ Payments:    Fay Servicing, LLC
        P.O. Box 814609
        Dallas, TX 75381-4609

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular

monthly payments or the additional monthly cure payment within twenty one (21) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

David E. Sklar
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq
*Attorney for Secured Creditor*