UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
Tel.: 973-696-8391
Counsel to Debtors

Order Filed on October 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kathleen and Ronald Jones,

Debtors.

Case No.: 19-14955

Chapter: RG

Judge: 13

## ORDER AUTHORIZING RETENTION OF

Scura, Wigfield, Heyer, Stevens & Cammarota

The relief set forth on the following page is **ORDERED**.

**DATED: October 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____David Wigfield, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   1599 Hamburg Turnpike

   Wayne, NJ 07470

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re: Case No. 19-14955-RG
Ronald Jones Chapter 13
Kathleen Jones
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Oct 08, 2019
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db/jdb +Ronald Jones,    Kathleen Jones,    10 Wood Street,    Wayne, NJ 07470-7348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
 Allen J. Underwood, II on behalf of Creditor Bascom Corporation ajunderwood@beckermeisel.com,
 ajunderwood@ecf.courtdrive.com
 David E. Sklar on behalf of Realtor John G Susani dsklar@scuramealey.com,
 ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
 David E. Sklar on behalf of Joint Debtor Kathleen Jones dsklar@scuramealey.com,
 ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
 David E. Sklar on behalf of Debtor Ronald Jones dsklar@scuramealey.com,
 ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
 Denise E. Carlon on behalf of Creditor Wilmington Savings Fund Society, FSB d/b/a Christiana
 Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1
 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
 Jonathan C. Schwalb on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com
 Marie-Ann Greenberg magecf@magtrustee.com
 Rebecca Ann Solarz on behalf of Creditor Wilmington Savings Fund Society, FSB d/b/a
 Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust
 2018-1 rsolarz@kmllawgroup.com
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 9