UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., et al.

In Re:

Reynaldo Manansala,

Debtor.

Case No.:     19-10045-RG

Chapter:     13

Hearing Date:     11/20/2019

Judge:     Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion for Relief re: 54 Holsman St., AKA 52-54 Holsman St., Paterson, NJ

(Docket # 63)

Date: 11/19/2019                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*