Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−14955−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald Jones | Kathleen Jones |
| 10 Wood Street | 10 Wood Street |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
  xxx−xx−9161                                         xxx−xx−4482

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/19 at 10:00 AM

to consider and act upon the following:

**77** – Certification in Opposition to Certification of Default (related document:76 Creditor's Certification of Default (related document:67 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Fay Servicing LLC. Objection deadline is 11/19/2019. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Fay Servicing LLC) filed by David E. Sklar on behalf of Kathleen Jones. (Sklar, David)

Dated: 11/20/19

                                                                             Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court