SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-14955

| Re: | RONALD JONES | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP |
|---|---|---|---|
| | KATHLEEN JONES | | 1599 HAMBURG TURNPIKE |
| | 10 WOOD STREET | | WAYNE, NJ  07470 |
| | WAYNE, NJ  07470 | | |

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2019 | $375.00 | 5920165000 | 07/03/2019 | $125.00 | 5990607000 |
| 08/06/2019 | $125.00 | 6074341000 | 09/04/2019 | $125.00 | 6149281000 |
| 10/15/2019 | $125.00 | 6255824000 | 11/06/2019 | $125.00 | 6314029000 |
| 11/26/2019 | $2,183.83 | 1190001886 | 12/09/2019 | $125.00 | 6392609000 |

**Total Receipts: $3,308.83  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,308.83**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 166.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ANILA GJINI AND VLADIMIR GJINI, C/O | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | ANN MORROW | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,493.76 | 0.00% | 0.00 | 0.00 |
| 0007 | ST MARYS HOSPITAL | UNSECURED | 3,107.22 | 0.00% | 0.00 | 0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,310.11 | 0.00% | 0.00 | 0.00 |
| 0009 | GENERAL REVENUE CORPORATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | HACKENSACK UNIVERISTY MEDICAL CF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | HACKENSACK UNIVERSITY MEDICAL CF | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 1,622.40 | 0.00% | 0.00 | 0.00 |
| 0015 | LENDINGCLUB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | MERRICK BANK | UNSECURED | 1,271.66 | 0.00% | 0.00 | 0.00 |
| 0018 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | SCIPIONE, BERG & ASSOCIATES, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | STEVEN D. POTTER, M.D. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | SUMMIT COLLECTION SERV | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | LVNV FUNDING LLC | UNSECURED | 2,179.91 | 0.00% | 0.00 | 0.00 |
| 0026 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,534.22 | 0.00% | 0.00 | 0.00 |
| 0027 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,771.68 | 0.00% | 0.00 | 0.00 |
| 0028 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,774.88 | 0.00% | 0.00 | 0.00 |

Chapter 13 Case # 19-14955

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,393.88 | 0.00% | 0.00 | 0.00 |
| 0030 | WILMINGTON TRUST, NATIONAL ASSOCI | MORTGAGE ARRE | 11,392.53 | 100.00% | 0.00 | 0.00 |
| 0031 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | LVNV FUNDING LLC | UNSECURED | 458.26 | 0.00% | 0.00 | 0.00 |
| 0035 | MERCURY/FBT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | NORTH AMERICAN PARTNERS IN ANESTI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | SURGICARE OF RIDGEWOOD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 1,323.70 | 0.00% | 0.00 | 0.00 |
| 0040 | PLAINS CARDIO PULMONARY ASSOCIAT | UNSECURED | 82.87 | 0.00% | 0.00 | 0.00 |
| 0041 | CHILTON MEDICAL CENTER | UNSECURED | 2,811.42 | 0.00% | 0.00 | 0.00 |
| 0042 | MONTCLAIR RADIOLOGY | UNSECURED | 145.86 | 0.00% | 0.00 | 0.00 |
| 0043 | WILMINGTON TRUST, NATIONAL ASSOCI | (NEW) MTG Agree | 1,062.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $166.90**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $3,308.83     -     Paid to Claims: $0.00     -     Admin Costs Paid: $166.90     =     Funds on Hand: $3,275.87

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.