SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
*Counsel to Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>Ronald Jones & Kathleen Jones,<br><br><br><br>                                    Debtor. | Case No. 19-14955-RG<br><br>Chapter 13<br><br>Judge: Hon. Rosemary Gambardella, U.S.B.J. |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of the law offices of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, Wayne, New Jersey, as attorneys for Debtor in the above captioned case.


Dated:  May 8, 2020         /s/ David E. Sklar
                            David E. Sklar, Esq.
                            Withdrawing Counsel


Dated:  May 8, 2020         /s/ David L. Stevens
                            David L. Stevens, Esq.
                            Substituting Attorney