Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−14955−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald Jones | Kathleen Jones |
| 10 Wood Street | 10 Wood Street |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
    xxx−xx−9161                                          xxx−xx−4482

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/23/19 and a confirmation hearing on such Plan has been scheduled for 5/20/20.

The debtor filed a Modified Plan on 6/4/20 and a confirmation hearing on the Modified Plan is scheduled for 7/15/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
      for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secured claim, such holder's acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
      Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
      arguments in support of the original plan on the scheduled Confirmation date, consider the
      reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
      or convert the case, or take any other action on the original plan deemed appropriate.

      A full copy of the modified Plan will follow this notice.

Dated: June 5, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14955-RG
Ronald Jones                                                              Chapter 13
Kathleen Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 05, 2020
                             Form ID: 186              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db/jdb      +Ronald Jones,   Kathleen Jones,   10 Wood Street,   Wayne, NJ 07470-7348
sp          +David C. Wigfield,   1599 Hmaburg Turnpike,   Wayne, NJ 07470-4093
cr          +Fay Servicing LLC,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
             New York, NY 10004-1734
cr          +Fay Servicing, LLC as servicer for Wilmington Trus,   Friedman Vartolo, LLP,   85 Broad St,
             New York, NY 10004-2434
r            John G Susani,   52-54 Holsman Street,   Paterson, NJ  07522
cr          +Planet Home Lending, LLC,   Friedman Vartolo LLP,   85 Broad Street, Suite 501,
             New York, NY 10004-1734
518077086   +Account Resolution Services,   Attn: Bankruptcy,   Po Box 459079,   Sunrise, FL 33345-9079
518077087   +Anila Gjini and Vladimir Gjini, C/o,   322 Route 46 West Suite 120,   Parsippany, NJ 07054-2340
518077088   +Ann Morrow,   75 Maiden Lane, Suite 205,   New York, NY 10038-4810
518346661   +Apex Healthcare,   400 Rella Blvd.,   Suffern, NY 10901-4241
518203584   +Atlantic Health System,   Patient Financial Services,   100 Madison Avenue,
             Interoffice Box 905,   Morristown, NJ 07960-6136
518077091   +Celentano, Stadtmauer & Walentowicz,   1035 Route 46 East,   PO Box 2595,
             Clifton, NJ 07015-2595
518259130   +Chilton Medical Center,   Attn: CCCB,   PO Box 1750,   Whitehouse Sta, NJ 08889-1750
518236262    Emergency Physicians Associate North Jersey,   PO Box 1123,   Minneapolis MN 55440-1123
518203581   +Fay Servicing,   440 LaSalle Street,   #2000,   Chicago, IL 60605-5011
518317578    Fay Servicing, LLC,   PO Box 814609,   Dallas, TX 75381-4609
518077094   +General Revenue Corporation,   Attn: Bankruptcy Dept.,   4660 Duke Dr., Ste 300,
             Mason, OH 45040-8466
518077095   +Hackensack Univeristy Medical Center,   PO Box 48027,   Newark, NJ 07101-4827
518077096   +Hackensack University Medical Center,   PO Box 48027,   Newark, NJ 07101-4827
518203602   +Jason Stiff,   54 Holsman St.,   Paterson, NJ 07522-1742
518077097   +John P. DeMaio,   75 Maiden Lane, Suite 205,   New York, NY 10038-4810
518077098   +KML Law Group, PC,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
518077101   +Mercury/FBT,   Attn: Bankruptcy,   Po Box 84064,   Columbus, GA 31908-4064
518259264   +Montclair Radiology,   CCCB,   PO Box 1750,   Whitehouse Sta., NJ 08889-1750
518203594   +North American Partners in,   Anesthesia NJ,   PO Box 49,   Glen Head, NY 11545-0049
518259129   +Plains Cardio Pulmonary Assoc.,   CCCB,   PO Box 1750,   Whitehouse Sta, NJ 08889-1750
518077103   +Planet Home Lending,   Attn: Bankruptcy,   321 Research Pkwy Ste 303,   Meriden, CT 06450-8342
518077104   +Scipione, Berg & associates, LLC,   130 Clinton Road, Suite 201,   Fairfield, NJ 07004-2927
518259345   +St. Mary's Hospital,   CCCB,   PO Box 1750,   Whitehouse Sta, NJ 08889-1750
518077105   +Steven D. Potter, M.D.,   287 Boulevard Suite #1,   Pompton Plains, NJ 07444-1726
518346662    Steven Potter,   278 Boulevard, Ste 1,   Pompton Plains, NJ 07444
518077106   +Summit Collection Serv,   50 N Franklin Tpke Ste 5,   Ho Ho Kus, NJ 07423-1562
518203597   +SurgiCare of Ridgewood,   1124 E. Ridgewood Ave.,   Ridgewood, NJ 07450-3942
518203599   +Valley Physician Services,   PO Box 11653,   Belfast, ME 04915-4007
518259263   +Wilmington Savings Fund Society, FSB, et al,   c/o Planet Home Lending, LLC,
             321 Research Pkwy #303,   Meriden, CT 06450-8342
518255786   +Wilmington Trust, National Association,   Trustee of MFRA Trust 2015-1,
             c/o Fay Servicing, LLC,   3000 Kellway Drive,   Suite 150,   Carrollton, TX 75006-3357


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:30:27    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:30:22    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2020 03:26:52
             Synchrony Bankc/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518077089   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 06 2020 03:31:15
             Bayview Financial Loan,   Attn: Bankruptcy Dept.,   4425 Ponce De Leon - Blvd. 5th,
             Miami, FL 33146-1873
518077090   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2020 03:26:44    Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518137012   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2020 03:38:20
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518077092   +E-mail/Text: bankruptcy@certifiedcollection.com Jun 06 2020 03:30:14
             Certified Credit & Collection Bureau,   PO Box 336,   Raritan, NJ 08869-0336
518077093   +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:26:07    Credit One Bank,
             Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518191135   +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 06 2020 03:30:52
             First Financial Investment Fund Holdings, Llc,   Jefferson Capital Systems LLC Assignee,
             Po Box 7999,   Saint Cloud Mn 56302-7999
518120305    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:27:47    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518077100   +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:26:19
             LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
             Greenville, SC 29603-0497

```
District/off: 0312-2          User: admin                 Page 2 of 2              Date Rcvd: Jun 05, 2020
                             Form ID: 186                 Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518077099      +E-mail/Text: bk@lendingclub.com Jun 06 2020 03:31:16        LendingClub,    Attn: Bankruptcy,
                71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
518163476       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:27:26        MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518077102      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:27:25
                Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
518101344      +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:27:22        Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bascom Corporation,   c/o Allen J. Underwood II, Esq.,   Becker LLC,   354 Eisenhower Parkway,
                Suite 1500,   Livingston
                                                                       TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
```
             Allen J. Underwood, II   on behalf of Creditor   Bascom Corporation ajunderwood@beckermeisel.com,
              ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
             David E. Sklar   on behalf of Realtor   John G Susani desklar@pbnlaw.com,
              nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;sakelly@pbnlaw.com
             David L. Stevens   on behalf of Joint Debtor Kathleen   Jones dstevens@scura.com,
              ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
              om
             David L. Stevens   on behalf of Debtor Ronald   Jones dstevens@scura.com,
              ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
              om
             Denise E. Carlon   on behalf of Creditor   Wilmington Savings Fund Society, FSB d/b/a Christiana
              Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1
              dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
             Jonathan C. Schwalb   on behalf of Creditor   Fay Servicing, LLC as servicer for Wilmington Trust,
              National Association, not in its individual capacity, but solely as trustee for MFRA Trust
              2015-1 bankruptcy@friedmanvartolo.com
             Jonathan C. Schwalb   on behalf of Creditor   Planet Home Lending, LLC
              bankruptcy@friedmanvartolo.com
             Jonathan C. Schwalb   on behalf of Creditor   Fay Servicing LLC bankruptcy@friedmanvartolo.com
             Marie-Ann Greenberg   magecf@magtrustee.com
             Rebecca Ann Solarz   on behalf of Creditor   Wilmington Savings Fund Society, FSB d/b/a
              Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust
              2018-1 rsolarz@kmllawgroup.com
             U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 11
```