| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345

Anila Gjini and Vladimir Gjini, C/o
322 Route 46 West Suite 120
Parsippany, NJ 07054

Ann Morrow
75 Maiden Lane, Suite 205
New York, NY 10038

Apex Healthcare
400 Rella Blvd.
Suffern, NY 10901

Atlantic Health System
Patient Financial Services
100 Madison Avenue
Interoffice Box 905
Morristown, NJ 07960

Bascom Corporations
495 River street
Paterson, NJ 07524

Becker, LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Celentano, Stadtmauer & Walentowicz
1035 Route 46 East
PO Box 2595
Clifton, NJ 07015

Certified Credit & Collection Bureau
PO Box 336
Raritan, NJ 08869

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


David B. Watner, Esq.
1129 Bloomfield Ave.
Ste. 208
Caldwell, NJ 07007


Fay Servicing
440 LaSalle Street
#2000
Chicago, IL 60605


General Revenue Corporation
Attn: Bankruptcy Dept.
4660 Duke Dr., Ste 300
Mason, OH 45040


Hackensack Univeristy Medical Center
PO Box 48027
Newark, NJ 07101


Hackensack University Medical Center
30 Prospect Avenue
Hackensack, NJ 07601


Jason Stiff
54 Holsman st
Paterson, NJ 07501


John P. DeMaio
75 Maiden Lane, Suite 205
New York, NY 10038


LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908


Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804


North American Partners in Anesthesia NJ
PO Box 49
Glen Head, NY 11545


Planet Home Lending
Attn: Bankruptcy
321 Research Pkwy Ste 303
Meriden, CT 06450


Scipione, Berg & associates, LLC
130 Clinton Road, Suite 201
Fairfield, NJ 07004


Steven D. Potter, M.D.
287 Boulevard Suite #1
Pompton Plains, NJ 07444


Steven Potter
278 Boulevard, Ste 1
Pompton Plains, NJ 07444


Summit Collection Serv
50 N Franklin Tpke Ste 5
Ho Ho Kus, NJ 07423


SurgiCare of Ridgewood
1124 E. Ridgewood Ave
Ridgewood, NJ 07450


Valley Physician Services
PO Box 11653
Belfast, ME 04915