Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−14955−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald Jones                                         Kathleen Jones
   10 Wood Street                                  10 Wood Street
   Wayne, NJ 07470                              Wayne, NJ 07470

Social Security No.:
   xxx−xx−9161                                        xxx−xx−4482

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 15, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 17, 2020
JAN: slm

                                                                  Jeanne Naughton
                                                                   Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 19-14955-RG
Ronald Jones                                                        Chapter 13
Kathleen Jones
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Jun 17, 2020
                              Form ID: 148                 Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db/jdb         +Ronald Jones,    Kathleen Jones,    10 Wood Street,    Wayne, NJ 07470-7348
sp             +David C. Wigfield,    1599 Hmaburg Turnpike,    Wayne, NJ 07470-4093
cr             +Fay Servicing LLC,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
cr             +Fay Servicing, LLC as servicer for Wilmington Trus,    Friedman Vartolo, LLP,    85 Broad St,
                 New York, NY 10004-2434
r               John G Susani,    52-54 Holsman Street,    Paterson, NJ  07522
cr             +Planet Home Lending, LLC,    Friedman Vartolo LLP,    85 Broad Street, Suite 501,
                 New York, NY 10004-1734
518077086      +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
518077087      +Anila Gjini and Vladimir Gjini, C/o,    322 Route 46 West Suite 120,    Parsippany, NJ 07054-2340
518077088      +Ann Morrow,    75 Maiden Lane, Suite 205,    New York, NY 10038-4810
518346661      +Apex Healthcare,    400 Rella Blvd.,    Suffern, NY 10901-4241
518203584      +Atlantic Health System,    Patient Financial Services,    100 Madison Avenue,
                 Interoffice Box 905,    Morristown, NJ 07960-6136
518077091      +Celentano, Stadtmauer & Walentowicz,    1035 Route 46 East,    PO Box 2595,
                 Clifton, NJ 07015-2595
518259130      +Chilton Medical Center,    Attn: CCCB,    PO Box 1750,    Whitehouse Sta, NJ 08889-1750
518236262       Emergency Physicians Associate North Jersey,    PO Box 1123,    Minneapolis MN 55440-1123
518203581      +Fay Servicing,    440 LaSalle Street,    #2000,    Chicago, IL 60605-5011
518317578       Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
518077094      +General Revenue Corporation,    Attn: Bankruptcy Dept.,    4660 Duke Dr., Ste 300,
                 Mason, OH 45040-8466
518077095      +Hackensack Univeristy Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
518077096      +Hackensack University Medical Center,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
518203602      +Jason Stiff,    54 Holsman St.,    Paterson, NJ 07522-1742
518077097      +John P. DeMaio,    75 Maiden Lane, Suite 205,    New York, NY 10038-4810
518077098      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518077101      +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
518259264      +Montclair Radiology,    CCCB,    PO Box 1750,    Whitehouse Sta., NJ 08889-1750
518203594      +North American Partners in,    Anesthesia NJ,    PO Box 49,    Glen Head, NY 11545-0049
518259129      +Plains Cardio Pulmonary Assoc.,    CCCB,    PO Box 1750,    Whitehouse Sta, NJ 08889-1750
518077103      +Planet Home Lending,    Attn: Bankruptcy,    321 Research Pkwy Ste 303,    Meriden, CT 06450-8342
518077104      +Scipione, Berg & associates, LLC,    130 Clinton Road, Suite 201,    Fairfield, NJ 07004-2927
518259345      +St. Mary's Hospital,    CCCB,    PO Box 1750,    Whitehouse Sta, NJ 08889-1750
518077105      +Steven D. Potter, M.D.,    287 Boulevard Suite #1,    Pompton Plains, NJ 07444-1726
518346662       Steven Potter,    278 Boulevard, Ste 1,    Pompton Plains, NJ 07444
518077106      +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
518203597      +SurgiCare of Ridgewood,    1124 E. Ridgewood Ave.,    Ridgewood, NJ 07450-3942
518203599      +Valley Physician Services,    PO Box 11653,    Belfast, ME 04915-4007
518259263      +Wilmington Savings Fund Society, FSB, et al,    c/o Planet Home Lending, LLC,
                 321 Research Pkwy #303,    Meriden, CT 06450-8342
518255786      +Wilmington Trust, National Association,    Trustee of MFRA Trust 2015-1,
                 c/o Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2020 23:06:18     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2020 23:06:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PRA.COM Jun 18 2020 02:48:00     Synchrony Bankc/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518077089      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 17 2020 23:06:35
                 Bayview Financial Loan,    Attn: Bankruptcy Dept.,    4425 Ponce De Leon - Blvd. 5th,
                 Miami, FL 33146-1873
518077090      +EDI: CAPITALONE.COM Jun 18 2020 02:48:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518137012      +EDI: AIS.COM Jun 18 2020 02:48:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518077092      +E-mail/Text: bankruptcy@certifiedcollection.com Jun 17 2020 23:06:10
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
518077093      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 17 2020 23:10:11     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518191135      +EDI: JEFFERSONCAP.COM Jun 18 2020 02:48:00     First Financial Investment Fund Holdings, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518120305       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 23:10:13     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518077100      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 23:09:47
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518077099      +E-mail/Text: bk@lendingclub.com Jun 17 2020 23:06:36     LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jun 17, 2020
                              Form ID: 148             Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518163476         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 17 2020 23:09:39      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518077102        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 17 2020 23:10:35
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518101344        +EDI: RMSC.COM Jun 18 2020 02:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bascom Corporation,   c/o Allen J. Underwood II, Esq.,    Becker LLC,   354 Eisenhower Parkway,
                 Suite 1500,   Livingston
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
             Allen J. Underwood, II    on behalf of Creditor    Bascom Corporation ajunderwood@beckermeisel.com,
              ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
             David E. Sklar    on behalf of Realtor    John G Susani desklar@pbnlaw.com,
              nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;sakelly@pbnlaw.com
             David L. Stevens    on behalf of Joint Debtor Kathleen    Jones dstevens@scura.com,
              ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
              om
             David L. Stevens    on behalf of Debtor Ronald    Jones dstevens@scura.com,
              ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
              om
             Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a Christiana
              Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1
              dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
             Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC as servicer for Wilmington Trust,
              National Association, not in its individual capacity, but solely as trustee for MFRA Trust
              2015-1 bankruptcy@friedmanvartolo.com
             Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC
              bankruptcy@friedmanvartolo.com
             Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
             Marie-Ann   Greenberg    magecf@magtrustee.com
             Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a
              Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust
              2018-1 rsolarz@kmllawgroup.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```