**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

RONALD JONES
KATHLEEN JONES

Order Filed on September 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-14955RG**

**Hearing Date:  9/2/2020**

**Judge:  ROSEMARY GAMBARDELLA**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 3, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):   RONALD JONES
              KATHLEEN JONES

Case No.:  19-14955RG

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 09/02/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that in the event any e-payment to the Trustee reverses for any reason, the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/7/2020 at 8:30 a.m.