| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  RONALD JONES<br>  KATHLEEN JONES | Case No.:  19-14955RG<br><br>Hearing Date:  10/7/2020<br><br>Judge:  ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  RONALD JONES
KATHLEEN JONES

Case No.: 19-14955RG

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 10/07/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $530.00 by 10/9/20 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney [you can send us proof via email to hold off dismissal]; and it is further
- ORDERED, that if any payment is made electronically and is reversed for any reason, the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that Debtor must submit October's payment by 10/30/20 or the case will be dismissed at 11/4 hearing; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/4/2020 at 8:30 a.m.