| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  RONALD JONES<br>  KATHLEEN JONES | Case No.:  19-14955RG<br><br>Hearing Date:  10/7/2020<br><br>Judge:  ROSEMARY GAMBARDELLA |

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): RONALD JONES
KATHLEEN JONES

Case No.: 19-14955RG

Caption of Order: INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 10/07/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $530.00 by 10/9/20 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney [you can send us proof via email to hold off dismissal]; and it is further

- ORDERED, that if any payment is made electronically and is reversed for any reason, the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further

- ORDERED, that Debtor must submit October's payment by 10/30/20 or the case will be dismissed at 11/4 hearing; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/4/2020 at 8:30 a.m.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-14955-RG

Ronald Jones  Chapter 13

Kathleen Jones

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2

Date Rcvd: Oct 08, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Ronald Jones, Kathleen Jones, 10 Wood Street, Wayne, NJ 07470-7348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**  **Bypass Reason**  **Name and Address**
jdb     *+     Kathleen Jones, 10 Wood Street, Wayne, NJ 07470-7348

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**     **Email Address**

Allen J. Underwood, II
    on behalf of Creditor Bascom Corporation ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal

David E. Sklar
    on behalf of Realtor John G Susani desklar@pbnlaw.com nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;sakelly@pbnlaw.com

David L. Stevens
    on behalf of Joint Debtor Kathleen Jones dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: Oct 08, 2020 | Form ID: pdf903 | Total Noticed: 1

David L. Stevens
    on behalf of Debtor Ronald Jones dstevens@scura.com
    ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Planet Home Lending  LLC bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1 rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11