Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14955−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald Jones
10 Wood Street
Wayne, NJ 07470

Kathleen Jones
10 Wood Street
Wayne, NJ 07470

Social Security No.:
xxx−xx−9161

xxx−xx−4482

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date: 12/16/20
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,

COMMISSION OR FEES
Attorney, period: 3/13/2019 to 11/11/2020, fee: $1,183.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 17, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-14955-RG |
| Ronald Jones | Chapter 13 |
| Kathleen Jones | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 17, 2020 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Jones, Kathleen Jones, 10 Wood Street, Wayne, NJ 07470-7348 |
| sp | + | David C. Wigfield, 1599 Hmaburg Turnpike, Wayne, NJ 07470-4093 |
| cr | + | Fay Servicing LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Fay Servicing, LLC as servicer for Wilmington Trus, Friedman Vartolo, LLP, 85 Broad St, New York, NY 10004-2434 |
| r | | John G Susani, 52-54 Holsman Street, Paterson, NJ 07522 |
| cr | + | Planet Home Lending, LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518077086 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 518077087 | + | Anila Gjini and Vladimir Gjini, C/o, 322 Route 46 West Suite 120, Parsippany, NJ 07054-2340 |
| 518077088 | + | Ann Morrow, 75 Maiden Lane, Suite 205, New York, NY 10038-4810 |
| 518346661 | + | Apex Healthcare, 400 Rella Blvd., Suffern, NY 10901-4241 |
| 518203584 | + | Atlantic Health System, Patient Financial Services, 100 Madison Avenue, Interoffice Box 905, Morristown, NJ 07960-6136 |
| 518077091 | + | Celentano, Stadtmauer & Walentowicz, 1035 Route 46 East, PO Box 2595, Clifton, NJ 07015-2595 |
| 518259130 | + | Chilton Medical Center, Attn: CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518236262 | | Emergency Physicians Associate North Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518203581 | + | Fay Servicing, 440 LaSalle Street, #2000, Chicago, IL 60605-5011 |
| 518317578 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518077094 | + | General Revenue Corporation, Attn: Bankruptcy Dept., 4660 Duke Dr., Ste 300, Mason, OH 45040-8466 |
| 518077095 | + | Hackensack Univeristy Medical Center, PO Box 48027, Newark, NJ 07101-4827 |
| 518077096 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 518203602 | + | Jason Stiff, 54 Holsman St., Paterson, NJ 07522-1742 |
| 518077097 | + | John P. DeMaio, 75 Maiden Lane, Suite 205, New York, NY 10038-4810 |
| 518077098 | #+ | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518077101 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 518259264 | + | Montclair Radiology, CCCB, PO Box 1750, Whitehouse Sta., NJ 08889-1750 |
| 518203594 | + | North American Partners in, Anesthesia NJ, PO Box 49, Glen Head, NY 11545-0049 |
| 518259129 | + | Plains Cardio Pulmonary Assoc., CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518077103 | + | Planet Home Lending, Attn: Bankruptcy, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 518077104 | + | Scipione, Berg & associates, LLC, 130 Clinton Road, Suite 201, Fairfield, NJ 07004-2927 |
| 518259345 | + | St. Mary's Hospital, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 518077105 | + | Steven D. Potter, M.D., 287 Boulevard Suite #1, Pompton Plains, NJ 07444-1726 |
| 518346662 | | Steven Potter, 278 Boulevard, Ste 1, Pompton Plains, NJ 07444 |
| 518077106 | + | Summit Collection Serv, 50 N Franklin Tpke Ste 5, Ho Ho Kus, NJ 07423-1562 |
| 518203597 | + | SurgiCare of Ridgewood, 1124 E. Ridgewood Ave., Ridgewood, NJ 07450-3942 |
| 518203599 | + | Valley Physician Services, PO Box 11653, Belfast, ME 04915-4007 |
| 518259263 | + | Wilmington Savings Fund Society, FSB, et al, c/o Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 518255786 | + | Wilmington Trust, National Association, Trustee of MFRA Trust 2015-1, c/o Fay Servicing, LLC, 3000 Kellway Drive, Suite 150 Carrollton, TX 75006-3357 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2020 21:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

Case 19-14955-RG    Doc 106    Filed 11/19/20    Entered 11/20/20 00:18:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 137 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2020 21:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 22:01:26 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518077089 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 17 2020 21:40:00 | Bayview Financial Loan, Attn: Bankruptcy Dept., 4425 Ponce De Leon - Blvd. 5th, Miami, FL 33146-1873 |
| 518077090 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 22:02:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518137012 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 17 2020 22:03:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518077092 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 17 2020 21:39:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 518077093 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2020 22:02:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518191135 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2020 21:39:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518120305 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 22:03:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518077100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 22:03:15 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518077099 | + | Email/Text: bk@lendingclub.com | Nov 17 2020 21:40:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 518163476 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2020 22:03:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518077102 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2020 22:01:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518101344 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 22:01:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bascom Corporation, c/o Allen J. Underwood II, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 19-14955-RG    Doc 106    Filed 11/19/20    Entered 11/20/20 00:18:50    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2020 | Form ID: 137 | Total Noticed: 51 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J. Underwood, II | on behalf of Creditor Bascom Corporation ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| David E. Sklar | on behalf of Realtor John G Susani desklar@pbnlaw.com nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;sakelly@pbnlaw.com |
| David L. Stevens | on behalf of Joint Debtor Kathleen Jones dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Debtor Ronald Jones dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Planet Home Lending  LLC bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for Bantam Funding Trust 2018-1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11