Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14955−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ronald Jones                                         Kathleen Jones
  10 Wood Street                                       10 Wood Street
  Wayne, NJ 07470                                      Wayne, NJ 07470

Social Security No.:
  xxx−xx−9161                                          xxx−xx−4482

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/6/21 at 10:00 AM

to consider and act upon the following:

*114* − Opposition in Opposition to Certification of Default (related document:108 Creditor's Certification of Default (related document:81 Consent Order filed by Debtor Ronald Jones) filed by Jonathan C. Schwalb on behalf of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015−1. Objection deadline is 12/7/2020. (Attachments: # 1 Exhibit A. Consent Order Resolving MFR # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015−1) filed by David L. Stevens on behalf of Kathleen Jones, Ronald Jones. (Attachments: # 1 Exhibit) (Stevens, David)

Dated: 12/8/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court