SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  RONALD JONES                                                          Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     KATHLEEN JONES                                                                  1599 HAMBURG TURNPIKE
     10 WOOD STREET                                                                  WAYNE, NJ  07470
     WAYNE,  NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-14955

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,272.71**

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2019 | $375.00 | 5920165000 | 07/03/2019 | $125.00 | 5990607000 |
| 08/06/2019 | $125.00 | 6074341000 | 09/04/2019 | $125.00 | 6149281000 |
| 10/15/2019 | $125.00 | 6255824000 | 11/06/2019 | $125.00 | 6314029000 |
| 11/26/2019 | $2,183.83 | 1190001886 | 12/09/2019 | $125.00 | 6392609000 |
| 01/17/2020 | $133.94 | TITLE AGE 10049 | 01/28/2020 | $125.00 | 6512714000 |
| 02/21/2020 | $125.00 | 6576320000 | 04/23/2020 | $125.00 | 6733995000 |
| 06/01/2020 | $125.00 | 6825442000 | 06/08/2020 | $125.00 | 6852933000 |
| 09/02/2020 | $265.00 | 7060027000 | 09/30/2020 | $265.00 | 7122056000 |
| 10/13/2020 | $530.00 | 7152606000 | 10/30/2020 | $265.00 | 7195407000 |
| 11/04/2020 | $14.94 | 7210744000 | 12/01/2020 | $265.00 | 7273700000 |
| 01/04/2021 | $265.00 | 7347712000 | | | |

**Total Receipts: $5,937.71 -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,937.71**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 12/21/2020 | $70.01 | 861,482 | 12/21/2020 | $126.48 | 861,482 |
| | 12/21/2020 | $80.99 | 861,482 | 01/11/2021 | $13.29 | 863,269 |
| | 01/11/2021 | $24.01 | 863,269 | 01/11/2021 | $15.38 | 863,269 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 12/21/2020 | $113.79 | 861,484 | 01/11/2021 | $21.62 | 863,271 |
| CHILTON MEDICAL CENTER | | | | | | |
| | 12/21/2020 | $128.29 | 860,959 | 01/11/2021 | $24.37 | 862,844 |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | |
| | 12/21/2020 | $60.40 | 860,969 | 01/11/2021 | $11.48 | 862,851 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 12/21/2020 | $63.60 | 8,001,949 | 01/11/2021 | $12.08 | 8,002,010 |

**Chapter 13 Case # 19-14955**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 12/21/2020 | $20.91 | 861,781 | | 12/21/2020 | $242.31 | 861,781 |
| | 12/21/2020 | $74.03 | 861,781 | | 12/21/2020 | $99.47 | 861,781 |
| | 01/11/2021 | $46.02 | 863,538 | | 01/11/2021 | $14.07 | 863,538 |
| | 01/11/2021 | $18.89 | 863,538 | | | | |
| MERRICK BANK | | | | | | | |
| | 12/21/2020 | $58.03 | 861,814 | | 01/11/2021 | $11.02 | 863,565 |
| MONTCLAIR RADIOLOGY | | | | | | | |
| | 12/21/2020 | $6.66 | 860,947 | | | | |
| ST MARYS HOSPITAL | | | | | | | |
| | 12/21/2020 | $141.79 | 860,997 | | 01/11/2021 | $26.93 | 862,878 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | | | | | | | |
| | 12/21/2020 | $1,062.00 | 862,599 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 351.43 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,743.50 | 100.00% | 2,743.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ANILA GJINI AND VLADIMIR GJINI, C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ANN MORROW | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,493.76 | * | 135.41 | |
| 0007 | ST MARYS HOSPITAL | UNSECURED | 3,107.22 | * | 168.72 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,310.11 | * | 288.33 | |
| 0009 | GENERAL REVENUE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | HACKENSACK UNIVERISTY MEDICAL CF | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HACKENSACK UNIVERSITY MEDICAL CF | SECURED | 0.00 | 100.00% | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 1,622.40 | * | 88.10 | |
| 0015 | LENDINGCLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MERRICK BANK | UNSECURED | 1,271.66 | * | 69.05 | |
| 0018 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRF | 0.00 | 100.00% | 0.00 | |
| 0019 | SCIPIONE, BERG & ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | STEVEN D. POTTER, M.D. | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SUMMIT COLLECTION SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | LVNV FUNDING LLC | UNSECURED | 2,179.91 | * | 118.36 | |
| 0026 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,534.22 | * | 83.30 | |
| 0027 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,771.68 | * | 150.49 | |
| 0028 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,774.88 | * | 96.37 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,393.88 | * | 75.68 | |
| 0030 | WILMINGTON TRUST, NATIONAL ASSOCI | MORTGAGE ARRF | 0.00 | 100.00% | 0.00 | |
| 0031 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LVNV FUNDING LLC | UNSECURED | 458.26 | * | 20.91 | |
| 0035 | MERCURY/FBT | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | NORTH AMERICAN PARTNERS IN ANESTI | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SURGICARE OF RIDGEWOOD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 1,323.70 | * | 71.88 | |
| 0040 | PLAINS CARDIO PULMONARY ASSOCIAT | UNSECURED | 82.87 | * | 0.00 | |
| 0041 | CHILTON MEDICAL CENTER | UNSECURED | 2,811.42 | * | 152.66 | |
| 0042 | MONTCLAIR RADIOLOGY | UNSECURED | 145.86 | * | 6.66 | |
| 0043 | WILMINGTON TRUST, NATIONAL ASSOCI | (NEW) MTG Agree | 1,062.00 | 100.00% | 1,062.00 | |

**Chapter 13 Case # 19-14955**

**Total Paid: $5,682.85**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $5,937.71    -    Paid to Claims: $2,587.92    -    Admin Costs Paid: $3,094.93    =    Funds on Hand: $254.86

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.