UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Fay Servicing, LLC as Servicer for
Wilmington Trust National Association, not in its
individual capacity, but solely as Trustee of MFRA
Trust 2015-1

In Re:

Ronald Jones
Kathleen Jones

Debtor(s)

Order Filed on March 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-14955

Chapter: 13

Hearing Date:
March 3, 2021 at 10:00 AM

Hon. Judge:
Rosemary Gambardella

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: March 8, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Applicant:                                          <u>Fay Servicing, LLC</u>
Applicant's Counsel:                                <u>Friedman Vartolo LLP</u>
Debtor's Counsel:                                   <u>David L. Stevens, Esq.</u>
Property Involved("Collateral"):                    <u>10 Wood Street, Wayne, NJ 07470</u>

Relief sought:
   ✓ Motion for relief from the automatic stay
      Motion to dismiss
      Motion for prospective relief to prevent imposition of automatic stay against the
      collateral by debtor's future bankruptcy filings

   For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to
the following conditions:

1. Status of post-petition arrearages:

   ☒      The Debtor(s) is/are overdue for __3__ months, from **December 1, 2020** to

          **February 1, 2021.**

   ☒      The Debtor(s) is/are overdue for __3__ payments at **$4,155.34** per month.

   ☐      The Debtor(s) is/are due for _____ in accrued late charges.

   ☒      The Debtor(s) is/are due for __$400.00___ in attorney's fees and costs.

   ☐      Applicant acknowledges suspense funds in the amount of _____.

   Total Arrearages Due: **$12,866.02**


2. Debtor(s) must cure all post-petition arrearages, as follows:

   ☐      Immediate payment shall be made in the amount of _____.Payment shall

   be made no later than _____.

   ☒      Beginning on **March 1, 2021**, regular monthly mortgage payments shall

   continue to be made, in the amount of **$3,809.48**, per the terms of the Note, Mortgage

   and/or payment change notices.

   ☐      Beginning on _____, additional monthly cure payments shall be made

   in the amount of _____ for _____ months.

   ☐      The amount of **$12,866.02** shall be capitalized in the debtor's Chapter 13 plan.

   Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a

   Modified Plan within fourteen (14) days from the entry of this Order to account for the

   additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust

monthly payments to the Chapter 13 Trustee accordingly.

3.  Payments to the Secured Creditor shall be made to the following address:

✓  Payments:   Fay Servicing, LLC
       P.O. Box 814609
       Dallas, TX 75381-4609

4.  In the event of default:

☒  Should the Debtor(s) fail to modify the plan to include any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than fourteen (14) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒  In the event the Debtor(s) converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within fourteen (14) days from the date of conversion in order to bring the loan contractually current. Should the Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒  This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than fourteen (14) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay

5.  Award of Attorney's Fees:

The Applicant is awarded attorney's fees of _____ and costs of _____.

The fees and costs are payable:

    ☒      Attorney's fees and costs have been included in the Consent Order.

    ☐      Through the Chapter 13 plan.  The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

    ☐      To the Secured Creditor within _____ days

    ☐      Attorney's fees are not awarded.

    ☐      Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

David L. Stevens, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*