SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: RONALD JONES
KATHLEEN JONES
10 WOOD STREET
WAYNE, NJ 07470

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-14955

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $28,541.41**

## RECEIPTS AS OF 01/14/2022 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2019 | $375.00 | 5920165000 | 07/03/2019 | $125.00 | 5990607000 |
| 08/06/2019 | $125.00 | 6074341000 | 09/04/2019 | $125.00 | 6149281000 |
| 10/15/2019 | $125.00 | 6255824000 | 11/06/2019 | $125.00 | 6314029000 |
| 11/26/2019 | $2,183.83 | 1190001886 | 12/09/2019 | $125.00 | 6392609000 |
| 01/17/2020 | $133.94 | TITLE AGE 10049 | 01/28/2020 | $125.00 | 6512714000 |
| 02/21/2020 | $125.00 | 6576320000 | 04/23/2020 | $125.00 | 6733995000 |
| 06/01/2020 | $125.00 | 6825442000 | 06/08/2020 | $125.00 | 6852933000 |
| 09/02/2020 | $265.00 | 7060027000 | 09/30/2020 | $265.00 | 7122056000 |
| 10/13/2020 | $530.00 | 7152606000 | 10/30/2020 | $265.00 | 7195407000 |
| 11/04/2020 | $14.94 | 7210744000 | 12/01/2020 | $265.00 | 7273700000 |
| 01/04/2021 | $265.00 | 7347712000 | 01/26/2021 | $265.00 | 7405488000 |
| 03/01/2021 | $265.00 | 7484780000 | 04/01/2021 | $265.00 | 7564571000 |
| 04/02/2021 | $265.00 | 7569353000 | 05/03/2021 | $500.00 | 7642397000 |
| 05/28/2021 | $622.00 | 7701231000 | 06/30/2021 | $622.00 | 7775673000 |
| 08/11/2021 | $622.00 | 7872590000 | 08/30/2021 | $622.00 | 7911392000 |
| 09/27/2021 | $622.00 | 7969472000 | 10/27/2021 | $622.00 | 8040125000 |
| 11/29/2021 | $622.00 | 8102640000 | 01/03/2022 | $622.00 | 8180496000 |

**Total Receipts: $12,473.71 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $12,473.71**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 12/21/2020 | $70.01 | 861,482 | 12/21/2020 | $126.48 | 861,482 |
| | 12/21/2020 | $80.99 | 861,482 | 01/11/2021 | $13.29 | 863,269 |
| | 01/11/2021 | $24.01 | 863,269 | 01/11/2021 | $15.38 | 863,269 |
| | 02/22/2021 | $13.31 | 864,947 | 02/22/2021 | $24.02 | 864,947 |
| | 02/22/2021 | $15.38 | 864,947 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **CAPITAL ONE BANK (USA), N.A.** | | | | | | | |
| | 12/21/2020 | $113.79 | 861,484 | | 01/11/2021 | $21.62 | 863,271 |
| | 02/22/2021 | $21.61 | 864,949 | | | | |
| **CHILTON MEDICAL CENTER** | | | | | | | |
| | 12/21/2020 | $128.29 | 860,959 | | 01/11/2021 | $24.37 | 862,844 |
| | 02/22/2021 | $24.37 | 864,385 | | | | |
| **EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC** | | | | | | | |
| | 12/21/2020 | $60.40 | 860,969 | | 01/11/2021 | $11.48 | 862,851 |
| | 02/22/2021 | $11.47 | 864,393 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 12/21/2020 | $63.60 | 8,001,949 | | 01/11/2021 | $12.08 | 8,002,010 |
| | 02/22/2021 | $12.09 | 8,002,069 | | | | |
| **LVNV FUNDING LLC** | | | | | | | |
| | 12/21/2020 | $20.91 | 861,781 | | 12/21/2020 | $242.31 | 861,781 |
| | 12/21/2020 | $74.03 | 861,781 | | 12/21/2020 | $99.47 | 861,781 |
| | 01/11/2021 | $46.02 | 863,538 | | 01/11/2021 | $14.07 | 863,538 |
| | 01/11/2021 | $18.89 | 863,538 | | 02/22/2021 | $7.94 | 865,282 |
| | 02/22/2021 | $18.89 | 865,282 | | 02/22/2021 | $46.02 | 865,282 |
| | 02/22/2021 | $14.06 | 865,282 | | | | |
| **MERRICK BANK** | | | | | | | |
| | 12/21/2020 | $58.03 | 861,814 | | 01/11/2021 | $11.02 | 863,565 |
| | 02/22/2021 | $11.02 | 865,319 | | | | |
| **MONTCLAIR RADIOLOGY** | | | | | | | |
| | 12/21/2020 | $6.66 | 860,947 | | | | |
| **PLAINS CARDIO PULMONARY ASSOCIATES** | | | | | | | |
| | 02/22/2021 | $5.22 | 865,477 | | | | |
| **ST MARYS HOSPITAL** | | | | | | | |
| | 12/21/2020 | $141.79 | 860,997 | | 01/11/2021 | $26.93 | 862,878 |
| | 02/22/2021 | $26.93 | 864,422 | | | | |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION** | | | | | | | |
| | 12/21/2020 | $1,062.00 | 862,599 | | 03/15/2021 | $247.65 | 867,691 |
| | 04/19/2021 | $245.12 | 869,616 | | 05/17/2021 | $490.24 | 871,406 |
| | 06/21/2021 | $470.00 | 873,261 | | 07/19/2021 | $584.68 | 874,967 |
| | 08/16/2021 | $584.68 | 876,682 | | 09/20/2021 | $584.68 | 878,477 |
| | 10/18/2021 | $584.68 | 880,202 | | 11/17/2021 | $584.68 | 881,867 |
| | 12/13/2021 | $590.90 | 883,507 | | 01/10/2022 | $590.90 | 885,154 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 740.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,743.50 | 100.00% | 2,743.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ANILA GJINI AND VLADIMIR GJINI, C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ANN MORROW | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,493.76 | * | 157.02 | |
| 0007 | ST MARYS HOSPITAL | UNSECURED | 3,107.22 | * | 195.65 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,310.11 | * | 334.35 | |
| 0009 | GENERAL REVENUE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | HACKENSACK UNIVERISTY MEDICAL CH | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HACKENSACK UNIVERSITY MEDICAL CH | SECURED | 0.00 | 100.00% | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 1,622.40 | * | 102.16 | |
| 0015 | LENDINGCLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MERRICK BANK | UNSECURED | 1,271.66 | * | 80.07 | |

**Chapter 13 Case # 19-14955**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0018 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0019 | SCIPIONE, BERG & ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | STEVEN D. POTTER, M.D. | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SUMMIT COLLECTION SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | LVNV FUNDING LLC | UNSECURED | 2,179.91 | * | 137.25 | |
| 0026 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,534.22 | * | 96.61 | |
| 0027 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,771.68 | * | 174.51 | |
| 0028 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,774.88 | * | 111.75 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,393.88 | * | 87.77 | |
| 0030 | WILMINGTON TRUST, NATIONAL ASSOCI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0031 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LVNV FUNDING LLC | UNSECURED | 458.26 | * | 28.85 | |
| 0035 | MERCURY/FBT | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | NORTH AMERICAN PARTNERS IN ANESTH | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SURGICARE OF RIDGEWOOD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 1,323.70 | * | 83.35 | |
| 0040 | PLAINS CARDIO PULMONARY ASSOCIAT | UNSECURED | 82.87 | * | 5.22 | |
| 0041 | CHILTON MEDICAL CENTER | UNSECURED | 2,811.42 | * | 177.03 | |
| 0042 | MONTCLAIR RADIOLOGY | UNSECURED | 145.86 | * | 6.66 | |
| 0043 | WILMINGTON TRUST, NATIONAL ASSOCI | (NEW) MTG Agree | 13,928.02 | 100.00% | 6,620.21 | |

**Total Paid: $11,882.81**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $12,473.71    -    Paid to Claims: $8,398.46    -    Admin Costs Paid: $3,484.35    =    Funds on Hand: $590.90

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.