Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

RONALD JONES
KATHLEEN JONES,

Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  19-14955 RG

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | PLAINS CARDIO PULMONARY ASSOCIATES |
| Trustee Claim #: | 40 |
| Court Claim #: | 13 |
| Claimed Amount: | $82.87 |
| Date Claim Filed: | 05/20/2019 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Creditor has returned funds without explanation. If there has been a transfer or change to the claim status, the appropriate documentation should be filed.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: July 10, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

RONALD JONES
KATHLEEN JONES
10 WOOD STREET
WAYNE, NJ    07470

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ    07470

PLAINS CARDIO PULMONARY ASSOCIATES
C/O CCCB
PO BOX 1750
WHITEHOUSE STATION, NJ    08889-1750