SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  RONALD JONES                                                 Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     KATHLEEN JONES                                                      1599 HAMBURG TURNPIKE
     10 WOOD STREET                                                      WAYNE, NJ  07470
     WAYNE,  NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-14955

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $28,541.41**

### RECEIPTS AS OF 01/01/2024                                                   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2019 | $375.00 | 5920165000 | 07/03/2019 | $125.00 | 5990607000 |
| 08/06/2019 | $125.00 | 6074341000 | 09/04/2019 | $125.00 | 6149281000 |
| 10/15/2019 | $125.00 | 6255824000 | 11/06/2019 | $125.00 | 6314029000 |
| 11/26/2019 | $2,183.83 | 1190001886 | 12/09/2019 | $125.00 | 6392609000 |
| 01/17/2020 | $133.94 | TITLE AGE 10049 | 01/28/2020 | $125.00 | 6512714000 |
| 02/21/2020 | $125.00 | 6576320000 | 04/23/2020 | $125.00 | 6733995000 |
| 06/01/2020 | $125.00 | 6825442000 | 06/08/2020 | $125.00 | 6852933000 |
| 09/02/2020 | $265.00 | 7060027000 | 09/30/2020 | $265.00 | 7122056000 |
| 10/13/2020 | $530.00 | 7152606000 | 10/30/2020 | $265.00 | 7195407000 |
| 11/04/2020 | $14.94 | 7210744000 | 12/01/2020 | $265.00 | 7273700000 |
| 01/04/2021 | $265.00 | 7347712000 | 01/26/2021 | $265.00 | 7405488000 |
| 03/01/2021 | $265.00 | 7484780000 | 04/01/2021 | $265.00 | 7564571000 |
| 04/02/2021 | $265.00 | 7569353000 | 05/03/2021 | $500.00 | 7642397000 |
| 05/28/2021 | $622.00 | 7701231000 | 06/30/2021 | $622.00 | 7775673000 |
| 08/11/2021 | $622.00 | 7872590000 | 08/30/2021 | $622.00 | 7911392000 |
| 09/27/2021 | $622.00 | 7969472000 | 10/27/2021 | $622.00 | 8040125000 |
| 11/29/2021 | $622.00 | 8102640000 | 01/03/2022 | $622.00 | 8180496000 |
| 01/31/2022 | $622.00 | 8243461000 | 03/21/2022 | $622.00 | 8349152000 |
| 04/01/2022 | $622.00 | 8375939000 | 05/02/2022 | $622.00 | 8433397000 |
| 05/31/2022 | $622.00 | 8491563000 | 07/01/2022 | $622.00 | 8559510000 |
| 08/01/2022 | $622.00 | 8619255000 | 09/01/2022 | $622.00 | 8679669000 |
| 09/30/2022 | $622.00 | 8734967000 | 11/01/2022 | $622.00 | 8798640000 |
| 12/01/2022 | $622.00 | 8854281000 | 12/30/2022 | $622.00 | 8906842000 |
| 02/01/2023 | $622.00 | 8972107000 | 03/03/2023 | $622.00 | 9032528000 |
| 04/27/2023 | $622.00 | 9131882000 | 05/24/2023 | $622.00 | 9182409000 |
| 06/30/2023 | $622.00 | 9248823000 | 08/07/2023 | $622.00 | 9315062000 |
| 08/31/2023 | $622.00 | 9354574000 | 10/02/2023 | $622.00 | 9406393000 |
| 11/02/2023 | $622.00 | 9461305000 | 12/01/2023 | $622.00 | 9507724000 |

| Total Receipts: $26,157.71 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $26,157.71 |
|---|

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 12/21/2020 | $70.01 | 861,482 | 12/21/2020 | $126.48 | 861,482 |
| | 12/21/2020 | $80.99 | 861,482 | 01/11/2021 | $13.29 | 863,269 |
| | 01/11/2021 | $24.01 | 863,269 | 01/11/2021 | $15.38 | 863,269 |
| | 02/22/2021 | $13.31 | 864,947 | 02/22/2021 | $24.02 | 864,947 |
| | 02/22/2021 | $15.38 | 864,947 | 02/13/2023 | $23.68 | 905,376 |
| | 02/13/2023 | $42.81 | 905,376 | 02/13/2023 | $27.41 | 905,376 |
| | 03/13/2023 | $31.89 | 906,989 | 03/13/2023 | $57.60 | 906,989 |
| | 03/13/2023 | $36.88 | 906,989 | 04/17/2023 | $31.88 | 908,575 |
| | 04/17/2023 | $57.60 | 908,575 | 04/17/2023 | $36.90 | 908,575 |
| | 06/12/2023 | $31.89 | 911,659 | 06/12/2023 | $57.61 | 911,659 |
| | 06/12/2023 | $36.88 | 911,659 | 07/17/2023 | $31.55 | 913,180 |
| | 07/17/2023 | $56.99 | 913,180 | 07/17/2023 | $36.50 | 913,180 |
| | 08/14/2023 | $31.55 | 914,698 | 08/14/2023 | $56.99 | 914,698 |
| | 08/14/2023 | $36.50 | 914,698 | 09/18/2023 | $31.55 | 916,194 |
| | 09/18/2023 | $57.01 | 916,194 | 09/18/2023 | $36.50 | 916,194 |
| | 10/16/2023 | $31.54 | 917,676 | 10/16/2023 | $56.99 | 917,676 |
| | 10/16/2023 | $36.49 | 917,676 | 11/13/2023 | $31.05 | 919,114 |
| | 11/13/2023 | $56.08 | 919,114 | 11/13/2023 | $35.91 | 919,114 |
| | 12/11/2023 | $31.04 | 920,532 | 12/11/2023 | $56.08 | 920,532 |
| | 12/11/2023 | $35.92 | 920,532 | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 12/21/2020 | $113.79 | 861,484 | 01/11/2021 | $21.62 | 863,271 |
| | 02/22/2021 | $21.61 | 864,949 | 02/13/2023 | $38.50 | 905,378 |
| | 03/13/2023 | $51.84 | 906,991 | 04/17/2023 | $51.82 | 908,577 |
| | 06/12/2023 | $51.83 | 911,662 | 07/17/2023 | $51.27 | 913,183 |
| | 08/14/2023 | $51.29 | 914,701 | 09/18/2023 | $51.28 | 916,197 |
| | 10/16/2023 | $51.27 | 917,679 | 11/13/2023 | $50.47 | 919,117 |
| | 12/11/2023 | $50.46 | 920,534 | | | |
| CHILTON MEDICAL CENTER | | | | | | |
| | 12/21/2020 | $128.29 | 860,959 | 01/11/2021 | $24.37 | 862,844 |
| | 02/22/2021 | $24.37 | 864,385 | 02/13/2023 | $43.40 | 904,905 |
| | 03/13/2023 | $58.42 | 906,535 | 04/17/2023 | $58.44 | 908,087 |
| | 06/12/2023 | $58.43 | 911,208 | 07/17/2023 | $57.83 | 912,733 |
| | 08/14/2023 | $57.81 | 914,264 | 09/18/2023 | $57.79 | 915,748 |
| | 10/16/2023 | $57.82 | 917,265 | 11/13/2023 | $56.89 | 918,687 |
| | 12/11/2023 | $56.88 | 920,122 | | | |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | |
| | 12/21/2020 | $60.40 | 860,969 | 01/11/2021 | $11.48 | 862,851 |
| | 02/22/2021 | $11.47 | 864,393 | 02/13/2023 | $20.44 | 904,912 |
| | 03/13/2023 | $27.51 | 906,541 | 04/17/2023 | $27.51 | 908,094 |
| | 06/12/2023 | $27.51 | 911,214 | 07/17/2023 | $27.22 | 912,740 |
| | 08/14/2023 | $27.22 | 914,270 | 09/18/2023 | $27.22 | 915,753 |
| | 10/16/2023 | $27.22 | 917,271 | 11/13/2023 | $26.78 | 918,692 |
| | 12/11/2023 | $26.78 | 920,129 | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 12/21/2020 | $63.60 | 8,001,949 | 01/11/2021 | $12.08 | 8,002,010 |
| | 02/22/2021 | $12.09 | 8,002,069 | 02/13/2023 | $21.52 | 8,003,310 |
| | 03/13/2023 | $28.97 | 8,003,366 | 04/17/2023 | $28.96 | 8,003,420 |
| | 06/12/2023 | $28.98 | 8,003,528 | 07/17/2023 | $28.66 | 8,003,583 |
| | 08/14/2023 | $28.66 | 8,003,640 | 09/18/2023 | $28.66 | 8,003,693 |
| | 10/16/2023 | $28.67 | 8,003,752 | 11/13/2023 | $28.20 | 8,003,809 |
| | 12/11/2023 | $28.20 | 8,003,863 | | | |

**Chapter 13 Case # 19-14955**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 12/21/2020 | $20.91 | 861,781 | | 12/21/2020 | $242.31 | 861,781 |
| | 12/21/2020 | $74.03 | 861,781 | | 12/21/2020 | $99.47 | 861,781 |
| | 01/11/2021 | $46.02 | 863,538 | | 01/11/2021 | $14.07 | 863,538 |
| | 01/11/2021 | $18.89 | 863,538 | | 02/22/2021 | $7.94 | 865,282 |
| | 02/22/2021 | $18.89 | 865,282 | | 02/22/2021 | $46.02 | 865,282 |
| | 02/22/2021 | $14.06 | 865,282 | | 02/13/2023 | $7.08 | 905,669 |
| | 02/13/2023 | $33.67 | 905,669 | | 02/13/2023 | $81.99 | 905,669 |
| | 02/13/2023 | $25.04 | 905,669 | | 03/13/2023 | $9.52 | 907,272 |
| | 03/13/2023 | $45.30 | 907,272 | | 03/13/2023 | $110.35 | 907,272 |
| | 03/13/2023 | $33.72 | 907,272 | | 04/17/2023 | $9.53 | 908,885 |
| | 04/17/2023 | $45.31 | 908,885 | | 04/17/2023 | $110.37 | 908,885 |
| | 04/17/2023 | $33.72 | 908,885 | | 06/12/2023 | $110.37 | 911,947 |
| | 06/12/2023 | $33.73 | 911,947 | | 06/12/2023 | $9.52 | 911,947 |
| | 06/12/2023 | $45.31 | 911,947 | | 07/17/2023 | $9.42 | 913,469 |
| | 07/17/2023 | $44.82 | 913,469 | | 07/17/2023 | $109.18 | 913,469 |
| | 07/17/2023 | $33.36 | 913,469 | | 08/14/2023 | $109.19 | 914,984 |
| | 08/14/2023 | $33.36 | 914,984 | | 08/14/2023 | $9.43 | 914,984 |
| | 08/14/2023 | $44.82 | 914,984 | | 09/18/2023 | $9.42 | 916,481 |
| | 09/18/2023 | $109.22 | 916,481 | | 09/18/2023 | $33.36 | 916,481 |
| | 09/18/2023 | $44.83 | 916,481 | | 10/16/2023 | $109.18 | 917,954 |
| | 10/16/2023 | $33.36 | 917,954 | | 10/16/2023 | $9.42 | 917,954 |
| | 10/16/2023 | $44.83 | 917,954 | | 11/13/2023 | $9.28 | 919,401 |
| | 11/13/2023 | $107.45 | 919,401 | | 11/13/2023 | $32.83 | 919,401 |
| | 11/13/2023 | $44.10 | 919,401 | | 12/11/2023 | $44.11 | 920,797 |
| | 12/11/2023 | $107.43 | 920,797 | | 12/11/2023 | $32.82 | 920,797 |
| | 12/11/2023 | $9.27 | 920,797 | | | | |
| MERRICK BANK | | | | | | | |
| | 12/21/2020 | $58.03 | 861,814 | | 01/11/2021 | $11.02 | 863,565 |
| | 02/22/2021 | $11.02 | 865,319 | | 02/13/2023 | $19.63 | 905,692 |
| | 03/13/2023 | $26.44 | 907,296 | | 04/17/2023 | $26.43 | 908,910 |
| | 06/12/2023 | $26.42 | 911,969 | | 07/17/2023 | $26.16 | 913,493 |
| | 08/14/2023 | $26.15 | 915,011 | | 09/18/2023 | $26.14 | 916,509 |
| | 10/16/2023 | $26.16 | 917,981 | | 11/13/2023 | $25.72 | 919,428 |
| | 12/11/2023 | $25.73 | 920,827 | | | | |
| MONTCLAIR RADIOLOGY | | | | | | | |
| | 12/21/2020 | $6.66 | 860,947 | | 03/13/2023 | $7.81 | 906,529 |
| | 06/12/2023 | $6.06 | 911,204 | | 08/14/2023 | $6.00 | 914,259 |
| | 10/16/2023 | $6.00 | 917,261 | | 12/11/2023 | $5.90 | 920,117 |
| PLAINS CARDIO PULMONARY ASSOCIATES | | | | | | | |
| | 02/22/2021 | $5.22 | 865,477 | | 06/12/2023 | $6.44 | 912,123 |
| | 07/10/2023 | ($6.44) | 912,123 | | | | |
| ST MARYS HOSPITAL | | | | | | | |
| | 12/21/2020 | $141.79 | 860,997 | | 01/11/2021 | $26.93 | 862,878 |
| | 02/22/2021 | $26.93 | 864,422 | | 02/13/2023 | $47.97 | 904,924 |
| | 03/13/2023 | $64.59 | 906,556 | | 04/17/2023 | $64.57 | 908,111 |
| | 06/12/2023 | $64.57 | 911,230 | | 07/17/2023 | $63.91 | 912,756 |
| | 08/14/2023 | $63.89 | 914,283 | | 09/18/2023 | $63.89 | 915,771 |
| | 10/16/2023 | $63.91 | 917,284 | | 11/13/2023 | $62.86 | 918,711 |
| | 12/11/2023 | $62.87 | 920,141 | | | | |

**Chapter 13 Case # 19-14955**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION | | | | | | | |
| | 12/21/2020 | $1,062.00 | 862,599 | | 03/15/2021 | $247.65 | 867,691 |
| | 04/19/2021 | $245.12 | 869,616 | | 05/17/2021 | $490.24 | 871,406 |
| | 06/21/2021 | $470.00 | 873,261 | | 07/19/2021 | $584.68 | 874,967 |
| | 08/16/2021 | $584.68 | 876,682 | | 09/20/2021 | $584.68 | 878,477 |
| | 10/18/2021 | $584.68 | 880,202 | | 11/17/2021 | $584.68 | 881,867 |
| | 12/13/2021 | $590.90 | 883,507 | | 01/10/2022 | $590.90 | 885,154 |
| | 02/14/2022 | $590.90 | 886,890 | | 03/14/2022 | $590.90 | 888,555 |
| | 05/16/2022 | $1,200.46 | 891,958 | | 06/20/2022 | $600.23 | 893,727 |
| | 07/18/2022 | $600.23 | 895,338 | | 08/15/2022 | $600.23 | 896,884 |
| | 09/19/2022 | $600.23 | 898,572 | | 10/17/2022 | $600.23 | 900,170 |
| | 11/14/2022 | $600.23 | 901,744 | | 12/12/2022 | $587.79 | 903,263 |
| | 01/09/2023 | $587.79 | 904,757 | | 02/13/2023 | $148.59 | 906,349 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,512.13 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,743.50 | 100.00% | 2,743.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ANILA GJINI AND VLADIMIR GJINI, C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ANN MORROW | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,493.76 | * | 707.50 | |
| 0007 | ST MARYS HOSPITAL | UNSECURED | 3,107.22 | * | 881.54 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,310.11 | * | 1,506.54 | |
| 0009 | GENERAL REVENUE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | HACKENSACK UNIVERISTY MEDICAL CF | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HACKENSACK UNIVERSITY MEDICAL CF | SECURED | 0.00 | 100.00% | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 1,622.40 | * | 460.29 | |
| 0015 | LENDINGCLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MERRICK BANK | UNSECURED | 1,271.66 | * | 360.79 | |
| 0018 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0019 | SCIPIONE, BERG & ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | STEVEN D. POTTER, M.D. | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SUMMIT COLLECTION SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | LVNV FUNDING LLC | UNSECURED | 2,179.91 | * | 618.46 | |
| 0026 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,534.22 | * | 435.27 | |
| 0027 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,771.68 | * | 786.35 | |
| 0028 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,774.88 | * | 503.55 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,393.88 | * | 395.46 | |
| 0030 | WILMINGTON TRUST, NATIONAL ASSOCI | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0031 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LVNV FUNDING LLC | UNSECURED | 458.26 | * | 130.01 | |
| 0035 | MERCURY/FBT | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | NORTH AMERICAN PARTNERS IN ANESTI | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SURGICARE OF RIDGEWOOD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 1,323.70 | * | 375.55 | |
| 0040 | PLAINS CARDIO PULMONARY ASSOCIAT | UNSECURED | 82.87 | * | 5.22 | |
| 0041 | CHILTON MEDICAL CENTER | UNSECURED | 2,811.42 | * | 797.62 | |
| 0042 | MONTCLAIR RADIOLOGY | UNSECURED | 145.86 | * | 38.43 | |
| 0043 | WILMINGTON TRUST, NATIONAL ASSOCI | (NEW) MTG Agree | 13,928.02 | 100.00% | 13,928.02 | |

**Total Paid: $26,186.23**
See Summary

**Chapter 13 Case # 19-14955**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $26,157.71     -     Paid to Claims: $21,930.60     -     Admin Costs Paid: $4,255.63     =     Funds on Hand: $593.48

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.