UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ronald Jones

Case No.: __19-14955__

Chapter: __13__

Judge: __RG__

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Ronald Jones_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __06/10/2024_____

/s/Ronald Jones_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Kathleen Jones | Case No.: 19-14955<br><br>Chapter: 13<br><br>Judge: RG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Kathleen Jones_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 06/10/2024_____        /s/Kathleen Jones_____
                                        Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*